**FILED**
CLERK, U.S. DISTRICT COURT

**06/29/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER |
| PLAINTIFF(S) | 5:26-mj-00455 |
| v. | 29-CR-190 |
| Ernesto Plascencia | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: __Grand Jury__

in the __Eastern__ District of __New York__ on __06/24/2026__

at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____

in violation of Title __18__ U.S.C., Section(s) __224; 1349; 1956(h)__

to wit: Bribery in Sports; Wire Fraud Conspiracy and Honest Services Wire Fraud Conspiracy; Money Laundering Conspiracy

A warrant for defendant's arrest was issued by: Magistrate Judge Taryn A. Merkl

Bond of $ __N/A__ was ☐ set / ☐ recommended.

Type of Bond: __N/A__

Relevant document(s) on hand (attach): __Arrest Warrant__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/29/26__
Date

_(signature)_
Signature of Agent

__Jazmin Vidana__
Print Name of Agent

__FBI__
Agency

__Special Agent__
Title

CR-52 (03/20)    DECLARATION RE OUT-OF-DISTRICT WARRANT