Submit this form by email to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT

06/29/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
                                        PLAINTIFF

v.

Ernesto Plascencia

USMS# _____                  DEFENDANT

CASE NUMBER:
5:26-mj-00455    26-CR-190

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/29/2026 at 6:00 ☑AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 224 ; 18 USC 1349 ; 18 USC 1956 (h)

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1987

8. Defendant has retained counsel:  ☑ No

   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  Sent via Email

10. Remarks (if any): N/A

11. Name: Jazmin Vidana  (please print)

12. Office Phone Number: 310-916-7984  13. Agency: FBI

14. Signature: _____  15. Date: 6/29/26

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION